**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kristian Stewart, Raphael Snell, and John Doe,
Defendants,

Of whom Raphael Snell is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-000075

———————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-313
Submitted September 10, 2024 – Filed September 10, 2024

———————

**AFFIRMED**

———————

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Amanda Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville; and Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, both for the Guardians ad Litem.

---

**PER CURIAM:**  Raphael Snell appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.